March, 02/2015

Twelfth Court of Appeals.
Ms Cathy S Lusk
1517 West Front St
          Suite 354
Tyler, Tx 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR - 9 2015
clkm

TYLER TEXAS
CATHY S. LUSK, CLERK

Dear Ms Lusk,

I appoligize for my ignorance.
I pray you the Court of Appeals would
please grant me an extention for time. I
am trying to get an attorney, I sent a request
to the State Council for Offenders.
    Thank you for you paticents and assistance
The Cause # is. 12-14-00045-CR
Trial Court Case #: B-20,140.

                    Respectfully.
                    Timothy D. Wood
                    Timothy D. Wood
                    TDCJ# 1909950
                    Travis Unit
                    8101 FM 969
                    Austine, Tx 78724

P.S. I am also waiting on a copy of my discover pac.
and I'm working on filling out the forms for
the Anders Brief. Thank you